UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re:

Nathaniel James Marvin Raimer,

Case No. 18-11929-cjf

Chapter 7

Debtor.

## AFFIDAVIT OF MAILING

STATE OF WISCONSIN    )
                                          )     SS
WINNEBAGO COUNTY  )

    CYNTHIA KRUTKE, being first duly sworn, on oath deposes and says that she is a paralegal for Virginia E. George, Chapter 7 Trustee in the above matter; that on the 5th day of August, 2019, she mailed a true copy of the *Notice of Trustee's Motion to Compromise Claim by the Estate* in the above matter, by regular mail, securely enclosed in an envelope with postage paid thereon, and addressed to the mailing addresses as follows:

| | |
|---|---|
| Attorney Roger Sage<br>30 W. Mifflin St, Ste 1001<br>Madison, WI 53703 | Timothy and Marie Raimer<br>701 W. Carroll Street<br>Portage, WI 53901 |

See the attached list.

                                                */s/Cynthia Krutke*
                                                Cynthia Krutke

Subscribed and sworn to before me
this 5th day of August, 2019.

    */s/Heather Saladin*
Heather Saladin, Notary Public
Winnebago County, Wisconsin
My Commission expires: 4-21-2021

```
Label Matrix for local noticing         Attorney Anne E. Flinchum              BMO Harris Bank N.A.
0758-3                                  250 N. Sunnyslope Rd. Ste. 390         P.O. Box 94033
Case 3-18-11929-cjf                     Brookfield, WI 53005-4824              Palatine, IL 60094-4033
Western District of Wisconsin
Madison
Mon Aug  5 10:10:04 CDT 2019

Bonded Collectors of Wisconsin, Inc.    Chase                                  Client Services, Inc.
P.O. Box 83                             P.O. Box 15298                         3451 Harry S Truman Blvd
Portage , WI 53901-0083                 Wilmington, DE 19850-5298              St. Charles, MO 63301-9816


Comenity Bank, Bankruptcy Dept.         Divine Savior Healthcare               Virginia E. George  Via CM/ECF
P.O. Box 182125                         P.O. Box 387                           Steinhilber Swanson LLP
Columbus, OH 43218-2125                 Portage, WI 53901-0387                 4212 N. Oakland Avenue
                                                                               Shorewood, WI 53211-2042

IRS - Centralized Insolvency Operations Katherine J. Kruger  Via CM/ECF        Portage Radiology
P.O. Box 7346                           Kammer Law Office, S.C.                P.O. Box 44269
Philadelphia, PA 19101-7346             702 DeWitt Street, Ste A               Madison, WI 53744-4269
                                        Portage, WI 53901-1775


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    Christina E. Raimer                    Nathaniel James Marvin Raimer
PO BOX 41067                            891 CTY RD K #5                        722 East Cook Street
NORFOLK VA 23541-1067                   Wisconsin Dells, WI 53965-8511         Portage, WI 53901-2313


Secretary of Treasury                   Securities and Exchange Commission     State Collection Service
Treasury Department                     175 West Jackson Boulevard             2509 Stoughton Road
1500 Pennsylvania Avenue N.W.           Suite 900                              Madison, WI 53716-3314
Washington, DC 20220-0001               Chicago, IL 60604-2908


U.S. Trustee's Office  Via CM/ECF       Wisconsin Department of Revenue
780 Regent Street, Suite 304            Special Procedures Unit
Madison, WI 53715-2635                  P.O. Box 8901
                                        Madison, WI 53708-8901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC                (d)Portfolio Recovery Associates, LLC
P.O. Box 12914                                    POB 12914
Norfolk, VA 23541                                 Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.